UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:16-mj-1828

UNITED STATES OF AMERICA

V.

**JAIR A. HAMILTON**

<u>MODIFIED</u>
<u>CHARGE</u>

The above-named Defendant is charged with a violation speeding <u>80</u> mph in a <u>55</u> mph zone in a school zone under NCGS 20-141(j1).

The below-signed Special Assistant United States Attorney REDUCES the charges to **Improper Equipment** in the following amount:

| | |
|---|---|
| Requiring collateral of | $50.00 |
| Administrative Costs of | $25.00 |
| **Total to Pay** | **$75.00** |

Docket Date: **9.7.16**
Submitted on: **11.15.16**

_____
DAVID M. PALKO
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Approved on this day, November 17, 2016.     _____
                                              Kimberly A. Swank, US Magistrate Judge